## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TERI DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 5:19-cv-06022 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| EDWARD BEARDEN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS

COME NOW Plaintiff Teri Dean and Defendants Edward Bearden, Elijah L. Mosier, Todd E. Mustain, Kevin L. Reed and Anne L. Precythe ("The Parties"), by and through their undersigned Counsel, and state as follows:

1.      This action, filed on February 22, 2019 was brought by Plaintiff Teri Dean against Defendants Edward Bearden, Elijah L. Mosier, Todd E. Mustain, Kevin L. Reed and Anne L. Precythe ("Defendants") alleging she was sexually assaulted while incarcerated at the Chillicothe Correctional Center.

2.      Counsel for The Parties have been notified by the U.S. Department of Justice (hereinafter "DOJ" or "the Department") that, with the Federal Bureau of Investigation, the Department was investigating the possibility of federal criminal charges against one or more of the Defendants in this action.

3.      An attorney at the DOJ has requested that The Parties all consent to a stay of this civil proceeding so as to allow DOJ to complete its investigation, so that civil discovery does not interfere with the DOJ investigation.

4.      All Parties, through their undersigned Counsel, have consented to a stay until the completion of the DOJ investigation.

WHREFORE, The Parties request this Court stay all proceedings herein and set this matter for a status conference on or about May 1, 2019, to determine the status of the federal investigation and whether the stay in this matter should be terminated or extended, and, in the event a stay is granted, to extend the due date of Defendants' Rule 12(a) Responses to Plaintiff's First Amended Complaint until fourteen (14) days after the termination of the stay, but in no event before April 26, 2019.

Respectfully submitted,

/s/ Jenifer C. Snow
Jenifer C. Snow, Mo. #67345
Ryan J. Gavin, Mo. #48691
Kamykowski, Gavin & Smith, P.C.
222 S. Central, Suite 1100
St. Louis, MO 63105
314-665-3280 fax: 314-762-6721
jenifer@kgslawfirm.com
ryan@kgslawfirm.com

John. J. Ammann, Mo. #34308
Brendan D. Roediger, Mo. #60585
Susan McGraugh, Mo. #37430
Saint Louis University Legal Clinic
100 North Tucker
St. Louis, MO 63101
314-977-2778 fax: 314-977-1180
john.ammann@slu.edu
brendan.roediger@slu.edu
susan.mcgraugh@slu.edu

***Attorneys for Plaintiff Teri Dean***

AND

/s/ Nicholas Taulbee
Nicolas Taulbee, Mo. #61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, MO 64106
816-889-5000 fax: 816-889-5006
Nicolas.Taulbee@ago.mo.gov

*Attorney for Edward Bearden,*
*Elijah L. Mosier and Todd E.*
*Mustain*


AND


/s/ Russell J. Keller
Russell J. Keller, #58393
Rachel M. Rivers, #71420
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Mo. 64106
816-889-5000 fax: 816-889-5006
Russel.Keller@ago.mo.gov
*Attorney for Kevin L. Reed*


AND


/s/ Michael Pritchett
Michael Pritchett, #33848
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
573-751-8864 fax: 573-751-9546
Michael.pritchett@ago.mo.gov
*Attorney for Anne L. Precythe*


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all Counsel via the electronic filing system this 2nd day of April, 2019.

/s/ Jenifer C. Snow