IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF MISSOURI

TERI DEAN, )
)
    Plaintiff, ) Cause No. 5:19-cv-06022-srb
)
)
EDWARD BEARDEN, et al., )
)
    Defendants. )

## AFFIDAVIT OF DEFENDANT PRECYTHE

COMES NOW, ANNE L. PRECYTHE, and states as follows:

1. I am employed as the Director of the Missouri Department of Corrections (MDOC).

2. I have served in this capacity since February of 2017.

3. I have no previous employment with the state of Missouri.

4. As MDOC Director, I rely on a team of Division directors, and employees of the Office of Professional Standards who manage all MDOC internal investigations and personnel matters.

5. I had no personal knowledge of claims by Plaintiff prior to the filing of this lawsuit.

6. I have no personal knowledge of the investigation or investigations of claims made by Plaintiff.

7. I was not aware of specific allegations against Defendant Bearden prior to the filing of this lawsuit.

8. I have no personal knowledge of specific allegations against the other Defendants in this lawsuit.

1

9. Following investigation or investigations by MDOC, I have at no time been made aware of substantiated claim or claims against Defendants Bearden, Reed, Mustain, or Mosier.

10. I reasonably rely on a system of Department authorities to investigate any inmate allegations and to properly respond when necessary.

STATE OF          )
                  ) ss.
COUNTY OF         )

The undersigned swears that the matters set forth are true and correct to the best knowledge and belief of the undersigned, subject to the penalties of making a false affidavit or declaration.

_Anne L. Precythe_

The foregoing was subscribed and sworn to before me this 13TH day of August, 2021.

_Donna Higgins_

NOTARY PUBLIC

DONNA HIGGINS
My Commission Expires
June 1, 2023
Moniteau County
Commission #15897198

My Commission Expires: 6-01-2023