# AFFIDAVIT OF MATT BRIESACHER

I, Matt Briesacher, being of lawful age and duly sworn upon my oath, do hereby certify that I have personal knowledge of the facts referenced below:

1. I am over 18 years of age and capable of making the statements contained in this affidavit.

2. I have personal knowledge of the matters stated herein.

3. I am the Director of the Office of Professional Standards for MDOC.

4. I have served in this capacity since March of 2017.

5. My office oversees investigations into inmate claims within MDOC.

6. I did not have communication or communications with Director Precythe regarding specific allegations by Teri Dean.

7. As part of my role as Director of the Office of Professional Standards, I do not have routine conversations with the Director regarding allegations of sexual abuse.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

SUBSCRIBED AND SWORN TO ME this 13 day of August, 2021.

_____
NOTARY PUBLIC

STACIA WOLFE
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 15635042
Callaway County
My Commission Expires: Apr. 27, 2023