# EXHIBIT

# 6

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MISSOURI
 2                 ST. JOSEPH DIVISION
 3   KAREN BACKUES KEIL,    )
                            )
 4        Plaintiff,        )
                            )
 5   vs.              ) Case No. 5:18-CV-06074-BP
                            )
 6   MHM SERVICES, INC.,    )
     et al.,                )
 7                          )
          Defendants.)
 8   ----------------------------------------
          IN THE UNITED STATES DISTRICT COURT
 9        FOR THE WESTERN DISTRICT OF MISSOURI
                   ST. JOSEPH DIVISION
10
     JANE DOE,              )
11                          )
          Plaintiff,)
12                          )
     vs.              ) Case No. 19-06161-CV-SJ-BP
13                          )
     MHM SERVICES, INC.,    )
14   et al.,                )
                            )
15        Defendants.)
16
17        VIDEOCONFERENCE DEPOSITION OF TERI DEAN
18             Taken on behalf of the Defendants
19                   April 23, 2021
20
21
22
23
24
25
```

## Page 2

```
 1              INDEX OF EXAMINATION
 2                                     PAGE:
 3   Examination by Mr. Taulbee          6
 4   Examination by Ms. Wang           126
 5   Examination by Mr. Buchheit       156
 6   Examination by Ms. Wang           174
 7   Examination by Ms. Snow           179
 8   Examination by Mr. Taulbee        193
 9   Examination by Ms. Wang           198
10   Examination by Ms. Snow           200
11   Examination by Ms. Wang           201
12              INDEX OF EXHIBITS
13   EXHIBIT NO:      MARKED: IDENTIFIED:
14   Exhibit 1          5      113
     Exhibit 2          5      114
15   Exhibit 3          5       19
16   (Original exhibits attached electronically to original
17   transcript.)
```

## Page 3

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MISSOURI
 2                 ST. JOSEPH DIVISION
     KAREN BACKUES KEIL,    )
 3                          )
          Plaintiff, )
 4                          )
     vs.              ) Case No. 5:18-CV-06074-BP
 5                          )
     MHM SERVICES, INC.,    )
 6   et al.,                )
                            )
 7        Defendants.)
     ----------------------------------------
 8        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MISSOURI
 9                 ST. JOSEPH DIVISION
     JANE DOE,              )
10                          )
          Plaintiff,)
11                          )
     vs.              ) Case No. 19-06161-CV-SJ-BP
12                          )
     MHM SERVICES, INC.,    )
13   et al.,                )
                            )
14        Defendants.)
15        VIDEOCONFERENCE DEPOSITION OF TERI DEAN, produced,
16   sworn, and examined on the 23rd day of April, 2021,
17   between the hours of eight o'clock in the forenoon
18   and six o'clock in the evening of that day, via
19   videoconference from Vandalia, Kansas, before ROBIN
20   PROUTY, RPR, a Certified Court Reporter within and
21   for the State of Missouri, in a certain cause now
22   pending in the United States District Court for the
23   Western District of Missouri, St. Joseph Division,
24   on behalf of the Defendants.
25
```

## Page 4

```
 1              A P P E A R A N C E S
     For Plaintiff (via videoconference):
 2   Ms. Jenifer Snow
     LAW OFFICES OF JOAN M. SWARTZ
 3   3348 Greenwood Boulevard
     St. Louis, Missouri 63143
 4   314.471.2032
     jsnow@jmsllc.com
 5   For the Defendants Edward Bearden, Todd Mustain
     and Elijah Mosier (via videoconference):
 6   Mr. Nicolas Taulbee
     STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE
 7   Fletcher Daniels State Office Building
     615 East 13th Street, Suite 401
 8   Kansas City, Missouri 64106
     816.889.5022
 9   nicolas.taulbee@ago.mo.gov
     For the Defendant Kevin Reed
10   (via videoconference):
     Ms. Crystal Wang
11   STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE
     207 West High Street
12   Jefferson City, Missouri 65101
     573.751.3321
13   cristal.wang@ago.mo.gov
     For the Defendant Anne L. Precythe
14   (via videoconference):
15   Mr. Zach Buchheit
16   STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE
17   207 West High Street
18   Jefferson City, Missouri 65101
19   573.751.3321
20   zach.buchheit@ago.mo.gov
21   Reported By:
22   Robin Prouty, RPR, CCR No. 868
23   Alaris Litigation Services
24   1608 Locust
25   Kansas City, Missouri 64108
```

## Page 17

1  Q. How long were you on 6 House?
2  A. I don't know. Maybe six months.
3  Q. Then where did you go?
4  A. I went to 7 House.
5  Q. How long were you on 7 House?
6  A. A few years maybe.
7  Q. Then where did you go from there?
8  A. 5 House.
9  Q. How long were you on 5 House, do you
10 recall?
11 A. I did a few years on each house.
12 Q. Then where did you go from 5 House then?
13 A. 4 House.
14 Q. Did you do a few years on 4 House?
15 A. That's probably the least time I did, on
16 4 House.
17 Q. Okay. Then where did you go from there?
18 A. At one point, I went back to 6 House.
19 Q. Did you go somewhere after 6 House?
20 A. I also went to 4 House when I did a
21 treatment.
22 Q. When was that?
23 A. Maybe in 2013. I'm not --
24 Q. Okay.
25 A. -- exactly sure of the date.

## Page 18

1  Q. Is that the only treatment you did while
2  you were at DOC?
3  A. Yes.
4  Q. Okay. That was like a 180-day treatment;
5  is that right?
6  A. Yes.
7  Q. Any other housing units you lived on other
8  than the ones you've told me about?
9  A. No.
10 Q. Okay. Did you request to move around to
11 these housing units, or did you just get moved?
12 A. I requested to move to 7 House. It was an
13 honor dorm there.
14 Q. Were you in the honor dorm the entire time
15 you were in 7 House?
16 A. No. I wasn't quite -- I was moved -- I was
17 on C wing which wasn't an honor wing.
18 Q. What does it mean to be in the honor dorm?
19 A. You can go in and out of each other's
20 rooms. You get to go eat first. You get more good
21 visits. You get to stay up later at night.
22 Q. What do you have to do to get placed in the
23 honor dorm?
24 A. You have to be three or less violations.
25 Q. Say that again?

## Page 19

1  A. Three or less violations per year.
2  Q. Okay. We are here today because you filed
3  a lawsuit against Edward Bearden, Elijah Mosier,
4  Todd Mustain and Kevin Reed, as well as Director
5  Anne Precythe, but alleging that the individuals
6  sexually assaulted you; is that correct?
7  A. Yes.
8  Q. I guess -- well, I guess, first, when was
9  the first time that you reported that Edward Bearden
10 sexually assaulted you?
11 A. In 2018.
12 Q. And do you remember who you reported that
13 to?
14 A. Leslie Carsey.
15 Q. Was that in July of 2018?
16 A. I'm not sure. I don't remember the month.
17 Q. Let me just try this because it will be a
18 good test. I'm going to show you what I've
19 marked -- or I'm going to attempt to show you what
20 I've marked as Exhibit 3. Can you see a document on
21 your screen that says Offender Statement?
22     MS. SNOW: Can you zoom in on that,
23 Nick? Yeah, that's better. Thank you.
24 Q. (By Mr. Taulbee) Can you see that,
25 Ms. Dean?

## Page 20

1  A. Yes.
2  Q. And do you recognize this?
3  A. Yes.
4  Q. And this is -- well, this is your
5  handwriting in the body of this statement; is that
6  right?
7  A. Yes.
8  Q. And this is dated July 20th, 2018 in the
9  right-hand corner there; is that right?
10 A. Yes.
11 Q. Did you give this written statement as a
12 part of a -- a verbal interview or an oral interview
13 that you also gave to Ms. Carsey?
14 A. Yes.
15 Q. And these are your words. You wrote these.
16 Ms. Carsey didn't dictate them to you or anything
17 like that?
18 A. That's correct.
19 Q. Was when you gave that written statement
20 accompanied by your interview the first time you had
21 reported to DOC allegations against Mr. Bearden?
22 A. Yes.
23 Q. For Elijah Mosier, when was the first time
24 you reported the allegations that he had sexually
25 abused you or assaulted you?

Page 177

1 rub himself inappropriately against plaintiff's
2 body. Where in the kitchen did he inappropriately
3 rub against you?
4    A. In the utility closet.
5    Q. Besides the utility closet, did he rub
6 himself against you anywhere else?
7    A. He would brush up against me, yes.
8    Q. What does it mean by "brush up against
9 you"?
10   A. He would get close as he could and rub up
11 against me and then keep going.
12   Q. When you say he rubbed up against you, is
13 it at your hip? Is it from the back or the front?
14   A. From the behind.
15   Q. So when he rubbed up against you from the
16 behind, that is when other people are in the kitchen
17 or is that when no one else is in the kitchen?
18   A. There were other people in the kitchen.
19   Q. How many other people would be in the
20 kitchen?
21   A. I can't tell you that.
22   Q. Okay. You mentioned when you had count
23 that there were 20 people accounted for in the
24 count. Were all 20 people working in the kitchen in
25 that 4 to 10 a.m. shift?

Page 178

1    A. Yes.
2    Q. When Mr. Reed grabbed your breast over your
3 clothing, where did he do that?
4    A. In the utility closet.
5    Q. Did he ever grab your breasts in the
6 kitchen?
7    A. I don't remember.
8    Q. So just to clarify, he would rub himself
9 inappropriately against you in the kitchen and the
10 utility closet. Is there anywhere else he would
11 inappropriately rub against you besides those two
12 places?
13   A. No.
14   Q. And then for grabbing your breasts over
15 your clothing, did he grab your breasts anywhere
16 else besides the utility closet and maybe the
17 kitchen?
18   A. No.
19   Q. And approximately how many times do you
20 think he inappropriately rubbed himself against you?
21      MS. SNOW: I'm going to object to the
22 extent this has been asked and answered now numerous
23 times. But go ahead.
24   A. I'm not sure how many times.
25      MS. WANG: Thank you. I have no

Page 179

1 further questions.
2                EXAMINATION
3 BY MS. SNOW:
4    Q. All right. I just have a little follow-up,
5 Teri. Are you good to keep going?
6    A. Yeah.
7    Q. It should not be long. I'm just going to
8 clarify a few things for me. First off, tell me
9 what an IRR form is.
10   A. It's an informal -- informal resolution
11 request.
12   Q. And what is your understanding the purpose
13 of that form? What's the purpose of that form?
14 What have you been told the purpose of that form is?
15   A. It's to bring them to violation.
16   Q. Can you elaborate on that for me?
17   A. If you get a violation and you dispute it,
18 you get an IRR.
19   Q. Okay. Have you ever been told that if
20 you're assaulted, you should fill out an IRR form?
21   A. No.
22   Q. Have you ever been told -- strike that.
23 Have you attempted to fill out IRR forms relating to
24 the allegations in this case?
25   A. Now?

Page 180

1    Q. Yes.
2    A. Yes.
3    Q. And -- and who did you talk to about
4 filling out those forms?
5    A. Ms. Hobbs and Mr. Winterbower.
6    Q. And what did Ms. Hobbs tell you?
7    A. That it had to be 15 days within the
8 incident.
9    Q. And what did Mr. Winterbower tell you?
10   A. The same.
11   Q. So to date, as you sit in this chair next
12 to me, have you been able to fill out an IRR?
13   A. No.
14   Q. You started talking -- when Zach asked you
15 about kind of the difference between Vandalia and
16 Chillicothe, you kind of started going down a list
17 of things that are different. And I believe you
18 said you could have private visits at Chillicothe
19 with your son, the food was better, you had more
20 food visits up there. What else did you have at
21 Chillicothe that you do not have here?
22   A. I had all the friends that I had from just
23 coming into prison. I've been living with these
24 women for eight years.
25   Q. Were you given the ability to just go