# EXHIBIT

# 7

**Russell, Mitzie**

| | |
|---|---|
| From: | McBee, Chris |
| Sent: | Monday, July 02, 2018 5:19 PM |
| To: | Savage, David |
| Cc: | Herring, Kimberly; Gladbach, Shelly; DOC.CCC CAPTs & LTs |
| Subject: | COI Edward Bearden |

Until further notice COI Edward Bearden can only work Non Offender contact post. Kimberly Herring or Major Savage will meet with him and explain.

Thanks

Sent from my iPhone

MDOC 741

1