# EXHIBIT 14

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2       FOR THE WESTERN DISTRICT OF MISSOURI
 3   KAREN BACKUES KEIL,        )
                                )
 4        Plaintiff,            )
                                )
 5   V.                         ) Case No.
                                ) 5:18-CV-06074-BP
 6   MHM SERVICES, INC., a      )
     Virginia Corporation,      )
 7   JOHN DUNN, and EDWARD BEARDEN, )
                                )
 8        Defendants.           )
 9
10      IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF MISSOURI
11
     LYNNSEY BETZ,              )
12                              )
          Plaintiff,             )
13                              )
     V.                         ) Case No.
14                              ) 5:18-CV-06079-FJG
                                )
15   EDWARD BEARDEN, et al.,    )
                                )
16        Defendants.           )
17
18      IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF MISSOURI
19
     ASHLEY ZIESER,             )
20                              )
          Plaintiff,             )
21                              )
     V.                         ) Case No.
22                              ) 5:18-CV-06103-FJG
                                )
23   EDWARD BEARDEN, et al.,    )
                                )
24        Defendants.           )
25
```

## Page 2

```
 1      IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF MISSOURI
 2
     TERI DEAN,                 )
 3                              )
          Plaintiff,             )
 4                              )
     V.                         ) Case No.
 5                              ) 5:19-CV-06022-SRB
                                )
 6   EDWARD BEARDEN, et al.,    )
                                )
 7        Defendants.           )
 8
         IN THE UNITED STATES DISTRICT COURT
 9       FOR THE WESTERN DISTRICT OF MISSOURI
10   JANE DOE,                  )
                                )
11        Plaintiff,             )
                                )
12   V.                         ) Case No.
                                ) 19-cv-6161-BP
13                              )
     EDWARD BEARDEN,            )
14   In his Individual Capacity,)
                                )
15        Defendant.            )
16
        VIDEOTAPED DISCOVERY DEPOSITION OF ELIJAH MOSIER
17           Taken on behalf of Plaintiffs
18
         The deposition of ELIJAH MOSIER, a
19   witness called at the instance of the Plaintiffs,
     for purposes of DISCOVERY taken on April 7, 2021,
20   at 9:00 a.m., via Zoom, before Erikia Schuster,
     Illinois Certified Shorthand Reporter
21   No. 084-004660, pursuant to notice.
22
23
24
25
```

## Page 3

```
 1              INDEX OF EXAMINATION
 2
 3   Page
     Questions by Mr. Ammann...................8
 4   Questions by Mr. Buchheit................79
 5
 6              INDEX OF EXHIBITS
 7   DEPOSITION EXHIBITS
 8   No exhibits proffered.
```

## Page 4

```
 1              APPEARANCES
 2
 3   JENNIFER SNOW
     JOHN J. AMMANN
 4   BRENDAN ROEDIGER
     Saint Louis University Legal Clinic
 5   100 North Tucker, Suite 704
     St. Louis, MO 63101
 6   314-977-2778
 7        On Behalf of the Plaintiffs,
 8
 9
10   NICOLAS TAULBEE
     Office of the Attorney General
11   615 East 13th Street
     Suite 401
12   Kansas City, MO 64106
     816-889-5000
13
14   ZACHARY BUCHHEIT
     CHRISTAL WANG
15   Office of the Attorney General
     207 West High Street
16   Jefferson City, MO 65101
17   573-751-3321
18        On Behalf of the Defendants.
19   VIDEOGRAPHER: JOHN NIEHAUS
```

## Page 17

1  A. Well, I have CIT training with DOC
2  and then harassment training certificates. Oh, I
3  can't remember a lot of them.
4  Q. And the harassment training
5  certificates, how often would you get trained on
6  harassment?
7  A. I think it was like a -- we do it
8  once a year.
9  Q. And that's been since you started
10 working with the DOC?
11 A. Yes.
12 Q. And what year did you start working
13 for the DOC?
14 A. June of 2008.
15 Q. And you're still currently employed
16 with the DOC, true?
17 A. Yes, ma'am.
18 Q. Can you walk me through between June
19 of 2008 and currently both your job titles and
20 the location that you worked at with the DOC?
21 A. So you are asking for -- to break it
22 down from CO1, CO2 and CO3?
23 Q. Yes. And the facility -- I guess to
24 short circuit that, you're no longer at
25 Chillicothe right now, correct?

## Page 18

1  A. No, ma'am.
2  Q. But obviously you were a few years
3  ago, true?
4  A. Yes, ma'am.
5  Q. In addition to telling me when you
6  were a CO1, a CO2, I want to know where you were
7  working at too between June of 2008 and today, if
8  you can?
9  A. Yes. I was a CO1 in 2008 at
10 Chillicothe all the way up to May of 2015 I
11 promoted to sergeant at Chillicothe and then I
12 just recently got promoted to lieutenant at
13 Western Missouri Correctional Center in January
14 of '21.
15 Q. And when did you -- you were sergeant
16 in 2015 in Chillicothe as well, right?
17 A. Yes. A sergeant, yes.
18 Q. And when did you get transferred to
19 Western Missouri Correctional Center?
20 A. I did an interview, and that would be
21 January the 18th of 2021.
22 Q. So between June of 2008 and January
23 of 2021 you were working for the DOC at
24 Chillicothe Correctional Center?
25 A. Yes, ma'am.

## Page 19

1  Q. Okay. And why did you, I guess,
2  leave Chillicothe? What was the reasoning behind
3  that?
4  A. Because I got promoted.
5  Q. Okay. There wasn't an opportunity to
6  be promoted and stay at Chillicothe?
7  A. Well, there was. I tried at
8  Chillicothe, and I tried at Western to get
9  promoted, and the one at Chillicothe they already
10 filled, so I interviewed at Western and Western
11 took me.
12 Q. Got it. And now I want to know if
13 you remember -- and again, as I said earlier, if
14 you don't, that's totally fine. Records speak
15 for themselves, but between June of 2008 and May
16 of 2015 when you were CO1 at Chillicothe, where
17 were you assigned, either housing units or
18 buildings?
19 A. At seven house.
20 Q. The whole time between 2008 and 2015?
21 A. Well, I was at seven house and then
22 when I made sergeant, I went to ad seg.
23 Q. And is that -- is that the same as
24 one house?
25 A. Yes, ma'am.

## Page 20

1  Q. And so in 2000 -- so I just want to
2  make sure I understand your testimony correctly.
3  Between 2008 and 2015, you were assigned to seven
4  house?
5  A. Yes.
6  Q. Were you ever filling in at other
7  houses, going to other houses?
8  A. Yes, but I can't give you the dates
9  or times.
10 Q. That's fine. That's fine. And then
11 in May of 2015, when you were promoted, you were
12 assigned to one house?
13 A. Yes, ma'am. I took a bid to one
14 house.
15 Q. Okay. And you stayed at one house
16 between May of 2015 and January of 2021?
17 A. No. No, ma'am. I was there probably
18 maybe for two, two and a half years and then I
19 took a bid on four house.
20 Q. And did you stay on four house until
21 you left earlier this year?
22 A. No. I took a bid later on to six
23 house, and that's where I stayed until I left
24 this year.
25 Q. Okay.