# EXHIBIT

# 16

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF MISSOURI
 3
 4    JANE DOE,            )
                          )
 5      Plaintiff,        )
                          )
 6        vs.       ) Case No. 19-cv-6161-BP
 7    EDWARD BEARDEN, in his  )
      individual capacity,   )
 8                          )
         Defendant.     )
 9    _____ )
10
11      VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
12                  TODD MUSTAIN
13                April 30, 2021
14
15
16            (Beginning at 1:05 p.m.)
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF MISSOURI
 3    JANE DOE,            )
 4                        )
 5      Plaintiff,        )
                          )
 6        vs.       ) Case No. 19-cv-6161-BP
 7    EDWARD BEARDEN, in his  )
      individual capacity,   )
 8                          )
         Defendant.     )
 9    _____ )
10                --oOo--
11        VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION
12    OF TODD MUSTAIN, produced, sworn, and examined on
13    Friday, April 30, 2021, taken on behalf of the
14    Plaintiffs, with the witness appearing via
15    videoconference, before RENEE COMBS QUINBY, a
16    Certified Court Reporter (MO) #1291, Certified
17    Shorthand Reporter (IL) #084-004867, Certified
18    Shorthand Reporter (CA) #11867, Certified Shorthand
19    Reporter (AR) #821, Registered Diplomate Reporter,
20    and a Certified Realtime Reporter.
21
22
23
24
25
```

## Page 2

```
 1                   INDEX
 2                   PAGE
 3
 4    EXAMINATION BY MS. SNOW .....................7
 5                 EXHIBITS
 6    Exhibit 1  Personnel file          21
 7    Exhibit 2  Letter dated March 16, 2020    25
 8    Exhibit 3  Acknowledgment of staff sexual   25
 9            misconduct and harassment
10    Exhibit 4  Page 107 of Mustain's personnel   27
11            file
12    Exhibit 5  Discrimination, Harassment,    28
13            Retaliation and Unprofessional
14            Conduct Information Form
15    Exhibit 6  Page 20 of 143 of Mr. Mustain's   29
16            personnel file
17    Exhibit 7  PREA Allegation Notification    53
18    (The original exhibits were provided to the court
19    reporter electronically to be attached to the
20    original and copies of the transcript.)
21
22
23
24
25
```

## Page 4

```
 1             A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:
 4       John Ammann, Esq.  (via videoconference)
 5       Saint Louis University Law Clinic
 6       100 North Tucker Boulevard
         St. Louis, MO  63101
 7       (314)977-2778
         john.ammann@slu.edu
 8
 9    and
10       Jenifer Snow, Esq. (via videoconference)
         Law Offices of Joan M. Swartz
11       3348 Greenwood Boulevard
         St. Louis, MO  63143
12       (314)471-2032
         jsnow@jmsllc.com
13
14    FOR THE DEFENDANTS BEARDEN, MOSIER, AND MUSTAIN:
15       Nicolas Taulbee, Esq. (via videoconference)
         Office of the Attorney General
16       615 East 13th Street, Suite 401
         Kansas City, MO  64106
17       (816)889-5000
         nicolas.taulbee@ago.mo.gov
18
19
20    FOR THE DEFENDANT REED:
21       Christal Wang, Esq. (via videoconference)
         Zachary Buchheit, Esq. (via videoconference)
22       Office of the Attorney General
         207 West High Street
23       Jefferson City, MO  65101
         (573)751-3321
24       christal.wang@ago.mo.gov
25
```

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us
Fax: 314.644.1334

## Page 13

1  reside at that address?
2      A.  Yes.
3      Q.  Okay.  What is your highest education
4  level?
5      A.  High school diploma.
6      Q.  And where did you go to high school?
7      A.  Southwest R-1.
8      Q.  And what year did you get your diploma?
9      A.  1980.
10     Q.  Are you a member of any or have you
11 ever been a member of any professional organization?
12     A.  No.
13     Q.  Any special training or certificates to
14 do anything?
15     A.  No.
16     Q.  Okay.  And who is your current
17 employer?
18     A.  It's called Alliance Water.
19     Q.  And are you a plant operator there?
20     A.  Maintenance operator.
21     Q.  Okay.  And have you been there since
22 about May 2020?
23     A.  Yes.
24     Q.  And where were you prior to Alliance
25 Water?

## Page 14

1      A.  Norris Quarries.
2      Q.  And when to when did you work at Norris
3  Quarries?
4      A.  From the time I left the Department of
5  Corrections until May of 2020.
6      Q.  And what was your job title at Norris?
7      A.  Truck driver.
8      Q.  And why did you leave Norris?
9      A.  Norris Quarries was longer hours.  They
10 didn't have near the benefits that Alliance Water
11 does.
12     Q.  What were your hours at Norris?
13     A.  They were ten-hour days.
14     Q.  Did you work only four days a week, or
15 did you work more than that?
16     A.  More than that.
17     Q.  Okay.  And what are your -- how often
18 do you work now?  What's your schedule like now?
19     A.  From 6:30 in the morning until 3:00 in
20 the afternoon.
21     Q.  And how often -- how many times a week
22 are you working?  Monday through Friday?
23     A.  Five days a week.
24     Q.  And where did you work prior to Norris?
25     A.  Department of Corrections.

## Page 15

1      Q.  And how long were you with the
2  Department of Corrections?
3      A.  Ten years.
4      Q.  And did you work anywhere prior to the
5  Department of Corrections?
6      A.  Yes.
7      Q.  Where did you work prior to joining the
8  Department of Corrections?
9      A.  I worked as an independent contractor
10 with storm cleanup.
11     Q.  Okay.  What was the contractor's name?
12     A.  I was an independent contractor.
13     Q.  Okay.  You were an independent
14 contractor, okay.
15         And how long did you do that for?
16     A.  Four years.
17     Q.  And why did you, I guess, switch career
18 paths to join forces and work at the DOC?
19     A.  Repeat.
20     Q.  What did you say?
21     A.  I didn't understand the question.
22     Q.  Oh, yeah.  I was just wondering why you
23 stopped doing your independent contractor work to go
24 work for the DOC?
25     A.  When you're in storm cleanup, you

## Page 16

1  travel basically all over the country, and I had
2  just basically wanted to be home more.
3      Q.  And I have in my file that you actually
4  started working at the DOC in August of 2009.  Does
5  that sound right?
6      A.  Yes.
7      Q.  And what facility did you work at then?
8      A.  Western Missouri Correctional Center.
9      Q.  So you started your career at the
10 Missouri Department of Corrections at WMCC?
11     A.  Correct.
12     Q.  And how long were you there before you
13 were transferred to Chillicothe?
14     A.  I -- I don't remember.
15     Q.  If I told you that my records say in
16 early May, it looks like either May 5th or May 6th,
17 2012, you were transferred to Chillicothe?  Would
18 that sound right to you?
19     A.  Yes.
20     Q.  Okay.  And what was your job title over
21 the years just kind of -- well, back up.  Strike
22 that.
23         In -- did you work at Chillicothe until
24 you were -- until you started working at Norris
25 Quarries?

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                    Fax: 314.644.1334