# EXHIBIT 17

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2       FOR THE WESTERN DISTRICT OF MISSOURI
 3
        KAREN BACKUES KEIL of Plaintiff, )
 4                                       )
               Plaintiff    ) Case
 5                          ) No. 5:18-CV-06074-B
                            )
 6      MHM SERVICES, INC.,          )
        a Virginia Coporation        )
 7      JOHN DUNN, and               )
        EDWARD BEARDEN,              )
 8                                   )
        _____)
 9
10
11
12            ZOOM DEPOSITION OF KEVIN REED
                    July 23rd, 2021
13                    10:10 a.m.
14
15
16
17
18
19
20      Reported By:  Heidi Falick
21                    Registered Professional Reporter
22                    Certified Reporter No. 50120
23
24
25
```

## Page 2

```
 1                    APPEARANCES
 2
        For the Plaintiffs:
 3            JENNIFER SNOW
              Joan M. Swartz Law Offices
 4            3348 Greenwood Blvd.
              St. Louis, MO.  63143
 5
 6            JOHN J. AMMANN
              St. Louis University Legal Clinic
 7            100 North Tucker
              St. Louis, Mo. 63101
 8
        For the Defendant:
 9            NICOLAS TAULBEE
              Missouri Attorney General's Office
10            815 Olive Street, Suite 200
              St. Louis, MO. 63101
11
12      For Defendant Anne Precythe:
              ZACH BUCHHEIT
13            Missouri Attorney General's Office
              815 Olive Street, Ste. 200
14            St. Louis, MO. 63101
15
        For Defendant Kevin Reed:
16            CARA HARRIS
              Missouri Attorney General's Office
17            149 Park Central Square, Ste. 1017
              Springfield, MO. 65806
18
19      Also Appearing:
              RITA YENCARELLI
20            (The Videographer/Alaris)
21
22
23
24
25
```

## Page 3

```
 1                    INDEX
                                       Page
 2      Examination by Ms. Snow:         4
 3
 4                    ---oOo---
 5                    EXHIBITS
                                       Page
 6      Deposition Exhibit 1
            Letter of Resignation       41
 7
        Deposition Exhibit 2
 8          Exit Survey                 41
 9      Deposition Exhibit 3
            Email from 07/2014           4
10
        Deposition Exhibit 4
11          08/18 Post                  48
12      Deposition Exhibit 5
            Return to Post Email from 03-28-19   48
13
        Deposition Exhibit 6
14          December 14th, Back to Work Email    59
15      Deposition Exhibit 7
            06/28/15 Email              59
16
        Deposition Exhibit 8
17          Typed Inquiry Lanning        4
18      Deposition Exhibit 9
            Handwritten Note about Lanning       4
19
20      (Exhibits attached electronically.)
21
22
23
24
25
```

## Page 4

```
 1           (Whereupon, Exhibit Nos. 3, 8 and 9 were
 2      marked.)
 3                    ---oOo---
 4           THE VIDEOGRAPHER:  We are on the record.
 5      Today's date is July 23rd, 2021.  The time is
 6      approximately 10:10 a.m.  This is the zoom recorded
 7      deposition of Kevin Reed.  Will the court reporter please
 8      swear in the witness.
 9                    ---oOo---
10           KEVIN REED,
11      The Witness herein, was duly sworn in by the Certified
12      Reporter, examined and testified as follows:
13           THE VIDEOGRAPHER:  And, sir, you're going
14      to need to speak up, please.
15           THE WITNESS:  Okay sorry.
16      BY MS. SNOW:
17           Q.   Good morning, sir.  Will you please state
18      your full name for the record.
19           A.   My full name is Kevin Lee Reed.
20           Q.   And have you ever given a deposition before?
21           A.   No, ma'am.
22           Q.   Okay.  So, just a few ground rules, if you
23      will.  First off, I'm going to be asking the majority of
24      the questions today, and I'm hoping you're going to give
25      me most of the answers today.  If you do answer a
```

## Page 5

1  question is it fair to assume that you understood the
2  question that was asked?
3     A.   Yes, ma'am.
4     Q.   If you do not understand the question, and
5  sometimes I do ask bad questions, go ahead and tell me
6  you don't understand and I'll do my best to rephrase it,
7  okay?
8     A.   Yes, ma'am.
9     Q.   And you're doing a great job about this so
10 far, but make sure your responses are verbal such as
11 "yes", "no", "I don't know", "please rephrase", so it's
12 easier for the court reporter to taken down those
13 responses because "uh huhs" and "unt-huhs" and head nods
14 are not as easy to take down.  Okay?
15    A.   Yes.
16    Q.   Last thing, if you need a break at any time
17 as long as there's no question pending I'm happy to take
18 a break whenever you need one.  Okay?
19    A.   Okay.
20    Q.   Did you review anything to prepare for this
21 deposition?
22    A.   I looked at a few of what my lawyer sent me.
23    Q.   Okay.  And I don't know to know what your
24 lawyer has talked to you about at all, but did you look
25 at the petition in this lawsuit or the complaint in this

## Page 6

1  lawsuit?
2     A.   Yes.
3     Q.   Did you review your discovery answers?
4     A.   Yes.
5     Q.   What else did you review?
6     A.   I looked at what Ms. Dean's answers were to
7  questions that my lawyer had asked her.
8     Q.   Okay.  So, you reviewed Ms. Dean's answers to
9  your discovery served on her.  Anything else that you
10 reviewed to prepare for today?  It was her deposition?
11    A.   It was her deposition, I'm sorry --
12 Ms. Dean's deposition.
13    Q.   Okay.  You read her transcript?
14    A.   Yes.  Not all of it just -- I don't know what
15 you would --
16    Q.   If you want me to interject, he read only
17 pages -- You have the pages there.  Just tell me
18 specifically what pages you had of Ms. Dean's deposition,
19 and he did not actually have her discovery just to be
20 clear.  He only had from her the deposition.
21         MS. HARRIS:  Okay.
22         THE WITNESS:  It was pages 126 through
23 155.
24    Q.   (Continued by Ms. Snow)  Okay.  Anything else
25 that you reviewed to prepare for today?

## Page 7

1     A.   No, not really.
2     Q.   Well, when you say "not really" --
3     A.   No.
4     Q.   Okay.
5     A.   I kind of looked over the papers as far as
6  the -- just my answers.  I kind of looked over those a
7  little bit but that's all.
8     Q.   Okay.  Have you talked to anyone in addition
9  to your lawyers about this lawsuit?
10    A.   No.
11    Q.   You never talked to Edward Bearden about this
12 lawsuit?
13    A.   No.
14    Q.   Are you married currently?
15    A.   Yes.
16    Q.   Is your wife Pamela Reed?
17    A.   Yes.
18    Q.   How long have you two been married?
19    A.   Be 24 years this year.
20    Q.   Okay.  How many children do you guys have?
21    A.   We don't -- I have two children of my own
22 from a previous marriage, and I have two stepsons that
23 were hers.
24    Q.   Okay.  How many times have you been married?
25    A.   Counting now, this is my fourth time.

## Page 8

1     Q.   Okay.  And what were your prior wife's names?
2     A.   My first wife was Emma Brownell, and that's
3  her married name.
4     Q.   Mr. Reed, if you don't mind, if you know the
5  spellings if you would go ahead and spell them for the
6  record that would be great.
7     A.   Okay.  Emma Brownell, E-m-m-a, Brownell is
8  B-r-o-w-n-e-l-l.  My second wife was Tammy Panitz, or do
9  you want her married name?
10    Q.   Her married name would be good.
11    A.   Sylvester, S-y-l-v-e-s-t-e-r.
12    Q.   Okay.
13    A.   My third wife was Belinda, B-e-l-i-n-d-a,
14 Bearbom (phonetic), and I'm not sure how to spell that
15 one.
16         (Court Reporter Admonition.)
17         THE WITNESS:  Panitz, P-a-n-i-t-z.
18    Q.   (Continued by Ms. Snow)  And how long were
19 you and Emma Brownell married for?
20    A.   About a year.
21    Q.   Okay.  How long were you and Tammy married
22 for?
23    A.   Thirteen years.
24    Q.   And how long were you and Belinda married
25 for?

## Page 9

1  A.  Five.
2  Q.  Okay. Did all of these marriages end in
3  amicable divorces or --
4  A.  Yes.
5  Q.  Yes? Okay. And you said you have one child?
6  A.  No. I have two child -- two children.
7  Sorry.
8  Q.  And what wife did you have them with?
9  A.  Tammy.
10 Q.  Tammy, okay. And is Christopher Reed the
11 name of your son?
12 A.  Yes.
13 Q.  Do you have another son or a daughter?
14 A.  Daughter.
15 Q.  And what's her name?
16 A.  Amanda. I have to look. Her husband has a
17 -- Matherly.
18 Q.  Can you spell that for me, please?
19 A.  M-a-t-h-e-r-l-y.
20 Q.  And where do Christopher and Amanda currently
21 live?
22 A.  Amanda lives in Topeka, Kansas. Can I have
23 just a minute, please?
24 Q.  Yes.
25     THE VIDEOGRAPHER? Do you want to go off

## Page 10

1  the record?
2     MS. SNOW: Yes, we can go off the record
3  for a second.
4     THE VIDEOGRAPHER: We are off the record.
5  The time is approximately 10:19 a.m.
6     (Whereupon, a recess was taken.)
7     THE VIDEOGRAPHER: We are back on the
8  record. The time is approximately 10:20.
9  Q.  (Continued by Ms. Snow) Okay. And,
10 Mr. Reed, where does your son live?
11 A.  He is in Midland, Texas.
12 Q.  Okay. And what is your current address?
13 A.  321 East Jackson Street, Linneus,
14 L-i-n-n-e-u-s, Missouri.
15 Q.  And how long have you lived at that house?
16 A.  25 years.
17 Q.  Okay. Will you just quickly walk me through
18 your education, sir, where you went to high school, if
19 you have a college degree, any licenses or
20 certifications?
21 A.  I graduated high school Clay Center Community
22 High School in Kansas. I had a Certificate in Wastewater
23 Operations. I had a Certificate in Firefighting. I've
24 had some -- I don't know if you would really call them
25 certificates. I used to install cable TV, and then the

## Page 11

1  certificate that I got when I passed for a Corrections
2  Officer.
3  Q.  Okay. Are you a member of any professional
4  groups or organizations?
5  A.  Not at this time. I used to be.
6  Q.  And what did you use to be a part of?
7  A.  BACA, Bikers Against Child Abuse.
8  Q.  And why did you stop participating in that
9  group?
10 A.  Because I have arthritis real bad in my hands
11 and my legs, and I couldn't ride a motorcycle anymore.
12 Q.  Okay. Well, when did you last either go to a
13 meeting with that group or take a ride with them?
14 A.  I believe I stepped down in '17.
15 Q.  Okay. Do you remember if it was early 2017
16 or late 2017?
17 A.  It was after I retired.
18 Q.  Okay. And you retired from the Department of
19 Corrections?
20 A.  Yes.
21 Q.  And what date did you retire?
22 A.  It would have been March of '18. Prior to
23 that is when I retired from BACA.
24 Q.  Okay. And of course we know that you at one
25 point during your career with the Department of

## Page 12

1  Corrections you worked at Chillicothe. I just would like
2  you to walk me through quickly all the facilities you
3  worked at during your I guess tenure at the department.
4  So, what year were you hired on to work for the Missouri
5  Department of Corrections?
6  A.  February.
7  Q.  Mr. Reed, sorry about that. What year were
8  you hired on to work for the Missouri Department of
9  Corrections?
10 A.  I was hired on February of '07.
11 Q.  Okay. And you said just now moments ago that
12 you retired in March of '18?
13 A.  Yes.
14 Q.  Okay. Between February of '07 and March of
15 '18 how many facilities did you work at?
16 A.  I worked at -- I started at the WMCC which is
17 Western Missouri Correctional Center, in Cameron.
18 Q.  Okay.
19 A.  I was there I believe two years and then I
20 transferred to Chillicothe because of the mileage. I was
21 driving 135 miles a day, and when they were going to open
22 the new facility I transferred there because it was
23 closer to my home.
24 Q.  Okay. And WMCC is not a woman's facility,
25 right?

Page 13

1  A. No. I worked at the men's prison.
2  Q. Okay. And, so, you came -- You started
3  working at Chillicothe in 2009?
4  A. Yeah, I believe so.
5  Q. Okay. What were your titles while you were
6  working at Chillicothe?
7  A. Correctional Officer.
8  Q. One or two?
9  A. One.
10 Q. Were you a CO-1 the entire time?
11 A. No. I was a sergeant for a month.
12 Q. Okay. And do you remember when that was?
13 A. No, I do not.
14 Q. And why were you only a sergeant for one
15 month?
16 A. Because we had -- There was four of us that
17 were promoted at that time and we had a woman, and an
18 African American that was upset that the four of us were
19 hired, so they complained about it. Said that I didn't
20 have enough time to be a sergeant, which I did have but
21 then they come back and told me, no, I didn't, because of
22 when I started the academy, which would have been in
23 April of '07.
24    I, at that time, had told them when I
25 started, and I was demoted back down to CO-1.

Page 14

1  Q. Okay. Did you say a woman and an African
2  American complained about this?
3  A. Yes.
4  Q. Okay. Do you remember the woman -- was it --
5  Was the woman African American, or are you talking about
6  two different people?
7  A. No. I'm talking about two different people.
8  They were upset because they did not get the promotion
9  and so they complained about it. One of them got to keep
10 it because he had prior service, I believe in the Air
11 Force, or something like that.
12 Q. Okay.
13 A. But then the other three were demoted.
14 Q. Okay. Do you remember the woman's name that
15 was complaining about you getting promoted?
16 A. Margorie Thompson.
17 Q. And was she an officer or an offender?
18 A. No, she was an officer.
19 Q. Okay. And do you remember the name of the
20 African American who complained about you getting
21 promoted?
22 A. Well, now, he's -- the last I knew when I
23 retired he was a sergeant, and I want to say it was
24 Sergeant Richardson.
25 Q. Okay. And when you retired in March of 2018

Page 15

1  he was a sergeant at Chillicothe at that time?
2  A. Could you repeat that again, please?
3  Q. Sure. I'm just making sure that I understand
4  what you're telling me. Is your testimony that Sergeant
5  Richardson was a sergeant at Chillicothe in March of 2018
6  when you retired?
7  A. Yes. Yes.
8  Q. Okay. So, you were a sergeant for a month,
9  and apart from that you were a Correctional Officer One
10 the entire time you were at Chillicothe?
11 A. Yes.
12 Q. Okay. Did you ever try to get promoted apart
13 from that one time that you were a sergeant for a month;
14 did you ever try again?
15 A. Yes, I tried three or four times.
16 Q. Okay. But you never were promoted?
17 A. No.
18 Q. Were you ever told why?
19 A. No. A lot of it was younger kids and they
20 were trying to promote the younger ones.
21 Q. Okay. Where were you assigned to for the
22 majority of your tenure at Chillicothe? So, from -- And
23 I guess we have the year that you got to Chillicothe. Do
24 you remember the month that you were transferred to
25 Chillicothe?

Page 16

1  A. No, not right off the top of my head I don't.
2  Q. That's fine. But we think it was sometime in
3  2009 or 2010?
4  A. Yes, I believe 2009.
5  Q. Okay. And between 2009 and 2010 through
6  March of 2018 where in the facility did you work most of
7  the time?
8  A. My majority of my time was spent in food
9  service.
10 Q. Okay. And what does that -- if you could
11 just explain to the jury what does food service -- what
12 does that mean?
13 A. We made the meals, prepared the meals.
14 That's about it.
15 Q. So, you were in the kitchen?
16 A. Yes.
17 Q. Okay. Can you explain to me the layout --
18 well, strike that. Over the duration of your time in the
19 kitchen working at Chillicothe did the layout of the
20 kitchen change at all?
21 A. Just the officer's office.
22 Q. Okay. And how did that change?
23 A. We moved to a bigger -- We moved to -- they
24 had a break room that they -- for the inmates and then
25 they told the inmates they weren't going to have that as

4 (Pages 13 to 16)