# EXHIBIT 18

Michael L. Parson
Governor

Anne L. Precythe
Director



State of Missouri
**DEPARTMENT OF CORRECTIONS**
*"Improving Lives for Safer Communities"*

2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

March 16, 2020

Todd Mustain
Corrections Officer I
Western Missouri Correctional Center

Dear Mr. Mustain;

You have violated the department's policies and procedures regarding employee sexual misconduct towards offenders and are hereby notified of your dismissal from your position as a Corrections Officer I at the Western Missouri Correctional Center (WMCC) effective March 23, 2020.

You are directed to return all state-owned uniforms, equipment, identification cards, and any other state-owned property you have in your possession. You will be compensated for any annual leave and compensatory time you have credited in your record effective with the date of your dismissal. Please check with your Institutional Personnel Office to find out when your paycheck will be made available.

Sincerely,

Ryan Crews, Acting Director
Division of Adult Institutions

RC/ah

C: Deputy Division Director    Warden
   C.O. Personnel              WMCC Personnel                              File

Mustain 00003