# EXHIBIT

# 19

Eric R. Greitens
Governor

Anne L. Precythe
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, Missouri 65102
Telephone: 573-751-2389
Fax: 573-526-0880

# State of Missouri
## DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur* – "We Strive Towards Excellence"

June 23, 2017

Elijah Mosier
Corrections Officer II
Chillicothe Correctional Center

Dear Mr. Mosier:

For the reasons indicated herein, you are hereby notified of your suspension without pay from your position as a Corrections Officer II (CO-II) at the Chillicothe Correctional Center (CCC) for two (2) working days effective July 18, 2017 through July 19, 2017.

You are also directed to attend and complete the training class "Addressing Discrimination, Harassment & Retaliation in the Work Place" as soon as the training can be scheduled by Acting Warden Darin Morgan.

On several occasions throughout January 2017, you spoke in an unprofessional, disrespectful, and discourteous manner to one of your subordinates, CO-I Wendy Lightfoot. You called her "bubble bitch" multiple times when she worked in the control center. On four or five occasions you said to her, "C U next Tuesday." More than once you explained that it was a way to call her a vulgar name without saying it.

As a supervisor you are expected to serve as a role model for all staff, comply with and enforce departmental procedures and post orders, and set an example for those under your supervision. You are expected to maintain the highest levels of professionalism at all times.

Your actions were inappropriate, unprofessional, and in violation of the following Missouri Department of Corrections Policies and Procedures:

- D2-11 Employee Standards, Section I, which states, "All employees of the Department of Corrections are expected to maintain professionalism during the performance of their duties and in their relationship with the public, fellow employees and offenders." Section I.F. which states "The work of state government will be conducted with respect, concern and courtesy toward clients, co-workers and the general public."

Any retaliation, verbal or otherwise, by you or at your direction against any of the individuals who reported your behavior that was cause for this action, is forbidden. Failure to follow this directive may result in additional discipline, up to and including dismissal.

Be advised that recurrences of unprofessional conduct will not be tolerated and will result in more severe disciplinary action being taken against you, up to and including your dismissal.

This action is being taken subject to your right to show reasons why this suspension should not be imposed. You may appear in person to me or my designee between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday, on or before July 13, 2017, by calling my office at (573) 526-6526 to make an appointment. You may, if you desire, present your position in writing delivered to my office on or before the same date. My office is located at 2729 Plaza Drive, Jefferson City, Missouri 65102. If you appeal the scheduled suspension, you will be advised in writing of the decision on your appeal.

Sincerely,

Alana C. Boyles, Director
Division of Adult Institutions

AB/as

C: Anne Precythe        OA Personnel Director        Deputy Division Director
   Warden               C.O. Personnel               CCC Personnel
   File

Confidential Subject to Protective Order

**Eric R. Greitens**
Governor

**Anne L. Precythe**
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur - "We Strive Towards Excellence"*

**ELIJAH MOSIER, CO II**
**JUNE 28, 2017**

By my signature below I acknowledge receipt of the letter dated June 23, 2017, regarding placement on suspension without pay, effective July 18, 2017 through July 19, 2017.

Name: _Elijah Mosier_     Date: 7/5/2017

Witness: _[signature]_     Date: 7-5-17

MDOC - 002367