# EXHIBIT 20



# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
# OFFENDER STATEMENT

**EXHIBIT 3**

STATEMENT OF: TERI DEAN
DOC ID NUMBER: 1653665
OFFENDER SIGNATURE: Teri Dean
DATE: 7/20/18

☐ I do not want to make a written statement.

**STATEMENT:**

My name is TERI DEAN, the date is 8/20/18. I want to make the following statement of my own free will without hope of reward or benefit, threat of punishment, and without coercion, or unlawful influence:

I am truthfully stating that Mr. Bearden has been making sexual pat searches & sexual touches all throughout my time here. He has ran his hand up in between my legs touching my private area in the barber chair and putting his head against my breast. This type of contact has happened in closets & other areas as well.

I have read or have had this statement read to me in its entirety totaling _____ pages. I fully understand the contents of this statement and it is true. I have initialed all corrections and signed the bottom of each page containing my statement. I am making this statement of my own free will without hope of reward or benefit, threat of punishment, and without coercion, or unlawful influence.

SIGNATURE: Teri Dean
DATE: 7/20/18
TIME REPORTED: 1:44 PM

WITNESS SIGNATURE: Leslie Cruz, InvII
DATE: 7/20/18
TIME REPORTED: 1:44 PM

MO 931-4775 (6-17)  DISTRIBUTION: OFFICE OF PROFESSIONAL STANDARDS  PAGE 1

Michael L. Parson
Governor

Anne L. Precythe
Director



Chillicothe Correctional Center
3151 Litton Road
Chillicothe, MO 64601
Telephone: 660-646-4032
Fax: 660-646-1217

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*Ad Excelleum Conamur – "We Strive Towards Excellence"*

### MEMORANDUM

DATE: July 30, 2018

TO: Kim Herring, Deputy Warden
Chillicothe Correctional Center

FROM: Greg Link, LCSW ICMHS
Corizon Behavioral Health Services
Chillicothe Correctional Center

SUBJECT: *Dean, Teri #1153665*

I met with Offender Dean today regarding a recent PREA allegation. She stated she would not have come forward about what was happening, but her name was mentioned by another offender. She said she just took it as part of prison life. Today, she reported that Officer Bearden touched inappropriately many times while she was cutting his hair. She also said he cornered her in the recreation closet and put his hand down her pants. She said there was no penetration, but that he did try. She also stated other officers have touched her inappropriately during haircuts and other times. She reported she had been penetrated by an officer's hand before. However, she would not give me any names of officers because she said she is afraid of repercussions. She said she already thinks officers and staff are treating her differently because of this, and she said officers who have escorted her to meet with an investigator about this, have stated, "I don't believe he did this."

cc: File