**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| TERI DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:19-cv-06022-SRB |
| | ) | |
| EDWARD BEARDEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## Defendants' Proposed Witness List

Defendants Bearden, Mosier, Mustain, and Reed expect to call the following witnesses to testify in person at the trial of this matter. This list does not include rebuttal or impeachment witnesses, and Defendants reserve the right to use rebuttal or impeachment witnesses at trial.

1. Edward Bearden

2. Shreve Bentley

3. Lesley Carsey

4. Robin Dysart

5. Kimberly Herring

6. James Hurley

7. Chris McBee

8. Elijah Mosier

9. Todd Mustain

10. Carrie Pfeifer

11. Anne Precythe

12. Kevin Reed

13. Darrell Sandy

14. David Savage

15. Vevia Sturm

16. Aaron York

In addition to these specifically identified witnesses, Defendants also reserve the right to call any witnesses identified on Plaintiff's witness list.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Nicolas Taulbee*
Nicolas Taulbee
Missouri Bar Number 61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 889-5000
Facsimile: (816) 889-5006
Email: Nicolas.Taulbee@ago.mo.gov
*Attorneys for Defendants Bearden,*
*Mosier, and Mustain*

## Certificate of Service

I hereby certify that on September 10, 2021, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Nicolas Taulbee*
Assistant Attorney General