# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERI DEAN, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 5:19-cv-06022-SRB |
| EDWARD BEARDEN, et al., | ) |
| Defendants. | ) |

### PLAINTIFF TERI DEAN'S WITNESS LIST

Plaintiff Teri Dean may call the following witnesses to testify in person at the trial of this matter. This list does not include rebuttal or impeachment witnesses, and Plaintiff reserves the right to use rebuttal or impeachment witnesses at trial.

1. Ryan Bangert
2. Edward Bearden
3. Shreve Bentley
4. Lynnsey Betz
5. Alana Boyles
6. Matt Briesacher
7. Leslie Carsey
8. Ken Chapman
9. Theresa Davis
10. Teri Dean
11. Mary Dearing
12. Jane Doe

13. Kimberly Herring

14. Donna Higgins

15. Ella Hoy

16. James Hurley

17. Crystal Logan

18. Karen Keil

19. Julie Kempker

20. Kenneth Christopher McBee

21. Elijah Mosier

22. Todd Mustain

23. Jeff Norman

24. Dr. Melissa Piasecki

25. Carrie Pfeifer

26. Karen Pojmann

27. Anne Precythe

28. Susan Pulliam

29. Kevin Reed

30. Dr. Dora Schriro

31. Travis Terry

32. Matt Strum

33. Vevia Sturm

34. Aaron York

35. Ashley Zieser

In addition to these alphabetically identified witnesses, Plaintiff specifically reserves the right to call any witnesses identified on Defendants' witness list not identified herein.

Respectfully submitted,

/s/ Jenifer C. Snow
Jenifer C. Snow, Mo. #67345
The Law Offices of Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, Missouri 63143
(314) 471-2032, fax 314-485-2345
jsnow@jmsllc.com

and

John J. Ammann, Mo. #34308
Brendan D. Roediger, Mo. #60585
Susan McGraugh, Mo. #37430
Saint Louis University Legal Clinic
100 North Tucker
St. Louis, Mo. 63101
314-977-2778 fax: 314-977-1180
john.ammann@slu.edu
brendan.roediger@slu.edu
susan.mcgraugh@slu.edu

***Attorneys for Plaintiff Teri Dean***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record this 10th day of September 2021.

/s/ Jenifer C. Snow
